UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALRELIO EVANS,

    Plaintiff,

v.

                                                Case No. 1:19-cv-953

HEIDI WASHINGTON, et al.,                HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 12, 2021, recommending that this Court grant the motion in part and deny the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 60) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 40) is GRANTED as to Defendants Shane Jackson, Onesiphorus Burrell, and Heidi Washington and DENIED as to Defendant Chaplain Curtis.

**IT IS FURTHER ORDERED** that Defendants Jackson, Burrell, and Washington are DISMISSED from this action.

Dated: March 15, 2021                                                /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge